**Emma Dickerhoof and Henry E. Dickerhoof, Appellants, v. Edward Wood, Individually and as Executor, et al., Appellees.**

**Gen. No. 19,408.    (Not to be reported in full.)**

Appeal from the Circuit Court of Cook county; the Hon. RICHARD S. TUTHILL, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Transferred to Supreme Court. Opinion filed June 24, 1914.

## Statement of the Case.

Bill filed in the Circuit Court by Emma Dickerhoof and Henry E. Dickerhoof against Edward Wood, individually and as executor of the last will and testament of John Bazeley, deceased, Myrtle Bazeley Wraith, Robert Wraith and Blanche Bazeley to set aside the will of John Bazeley, deceased, which was admitted to probate in the Probate Court. From a decree upholding the will, complainants appeal.

GEORGE J. GILBERT, for appellants.

BERNSTEIN, GROSSMAN & BERNSTEIN, for appellees.

MR. PRESIDING JUSTICE FITCH delivered the opinion of the court.

## Abstract of the Decision.

APPEAL AND ERROR, § 195*—*when freehold involved in will contest.* A freehold, *held* to be directly involved in a proceeding to set aside a will on the ground of unsoundness of mind and undue influence, where by the terms of the will the sum of three hundred dollars is bequeathed to the daughter and two children of the deceased, to be equally divided between them, and the rest of the property, both real and personal, is devised to a nephew of the deceased third wife of the testator, it appearing that the whole estate of the deceased consisted of a house and lot worth about two thousand five hundred dollars, upon which there was an incumbrance of one thousand dollars. *Gottmanshausen v. Wolfing*, 224 Ill. 270, followed.

' See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.